**Motion Stricken, Appeal Dismissed and Memorandum Opinion filed August 18, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00547-CV

**DEK-M NATIONWIDE, LTD, Appellant**

**V.**

**DAVID HILL D/B/A DOH OIL CO. CASSIE MOSELEY & DAVID MOSELEY AND COLORADO COUNTY CENTRAL APPRAISAL DISTRICT, Appellees**

**On Appeal from the Second 25th District Court**
**Colorado County, Texas**
**Trial Court Cause No. 23,859**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 26, 2019. Appellant has been notified by four separate orders that the appeal was subject to dismissal for want of prosecution for: (1) not paying the filing fee; (2) not paying for the clerk's record; and (3) not filing a brief. Tex. R. App. P. 5, 37.3(b), 38.8(a)(1), 42.3. In response to the last order to file the appellant's brief on or before July 31, 2020 or the appeal

would be dismissed for want of prosecution, a motion to extend time to file the brief was filed by "COUNSEL FOR APPELLANTS for Only this Motion." Counsel has not made an appearance in this appeal before this motion. Counsel cites no authority that allows a partial appearance in an appellate court, and absent such authority the court declines to recognize such an "appearance pro tem." Accordingly, the motion is stricken.

On July 16, 2020, this court issued an order stating that unless appellant filed a brief on or before July 31, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no brief. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Christopher, Spain, and Hassan.